**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Douglas A. Goldstein, Esq.
LAW ADVOCATES LLC
236 Millbrook Ave, Suite 3R
Randolph, New Jersey 07869
Tel. (973) 845-6526
dgoldstein@advocates.esq

Attorneys for Defendant, ConnectOne Bank

| | |
|---|---|
| In re:<br><br>ENGLEWOOD HOSPITALITY LLC,<br><br>       Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 25-22962 (SLM)<br><br>(Jointly Administered) |
| ENGLEWOOD HOSPITALITY LLC, and<br>LEFKES DELRAY LLC,<br><br>       Plaintiffs<br><br>-against-<br><br>KALAMATA CAPITAL GROUP, LLC, SQ ADVANCE, ATLAS ACQUISITIONS LLC, VIVIAN CAPITAL GROUP, CORE FUNDING SOURCE, LLC, CONNECTONE BANK, and U.S. SMALL BUSINESS ADMINISTRATION,<br><br>       Defendants. | Adv. Pro. No. 26-01184 (SLM) |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, ConnectOne Bank ("Defendant"), states that:

---

[1] The Debtors are Englewood Hospitality LLC and Lefkes Delray LLC.

1.      Defendant is a wholly owned subsidiary of its parent company, ConnectOne

Bancorp, Inc., a publicly traded bank holding company.


                    LAW ADVOCATES LLC
                    Attorneys for defendant, ConnectOne Bank

                    By: /s/ Douglas A. Goldstein
                        Douglas A. Goldstein

Dated: May 21, 2026